**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **LATRISHA WINDER, ET AL.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:23-CV-00059-O** |
| | § | |
| **JOSHUA M. GALLARDO, ET AL.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**FINAL JUDGMENT**

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. For the reasons set forth in the Court's Order Dismissing Plaintiff's Complaint (ECF No. 28), Plaintiff's claims are **DISMISSED with prejudice**.
2. The clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **17th day** of **September, 2026.**

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE